# JOHN S. COSSUM

ATTORNEY AT LAW
THE LYRIC CENTRE
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002

PHONE (713) 222-6134
FAX      (713) 222-6144

December 22, 2017

**BY ECF FILING**

Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **UNOPPOSED LETTER-MOTION TO RELEASE $10,000.00 CASH BOND DEPOSIT**
             United States v. Jeffrey Chartier, et al. (Michael Watts);
             Criminal Docket No. 17-372 (JS)   *Deft. #4*

Dear Judge Seybert:

      Please accept this letter motion requesting the release of the TEN THOUSAND AND 00/100 DOLLAR ($10,000.00) cash bond deposit (the "deposit") made by Michael Watts into the registry of the Court in the Southern District of Texas on or about July 17, 2017.

      The deposit was made as a condition of the original bond posted by Mr. Watts in the above case prior to those conditions being amended by this Court on July 31, 2017. On that date, Mr. Watts was ordered to deliver to the U.S. Attorney's office a confession of judgment on his residence in Fort Bend County, Texas. The requirement of a cash deposit was dropped. Said confession of judgment and affidavit in support thereof has been delivered to the U.S. Attorney's office in accordance with the amended conditions.

      Mr. Watts therefore requests that this Court order the release of the TEN THOUSAND and 00/100 DOLLARS ($10,000.00) on deposit with the registry of the Court in the Southern District of Texas to his undersigned attorney of record. **The United States does not oppose this request.**

      Thank you for your consideration of this application.

                                                    Very truly yours,

                                                    John S. Cossum   *Approved.*

cc:    Alicyn L. Cooley
       Patrick Hein
       Assistant U.S. Attorneys
       Eastern District of New York (via ecf)

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 12/29/2017
Central Islip, NY