JOSEPH W. RYAN, JR., P.C.

ATTORNEYS AT LAW

JOSEPH W. RYAN, JR.

MELVILLE LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, N.Y. 11747-3111
TELEPHONE: 631-629-4968
FACSIMILE: 631-629-4970
joeryanlaw@earthlink.net
WEBSITE: JoeRyanLaw.com

August 12, 2019

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Michael Watts, 17 CR 372 (JS)

Dear Judge Seybert,

We wish to withdraw and revoke our request for modification of the current bail bond conditions (ECF 462) because the underlying reason for the request, namely, that the collateral property was about to be sold, no longer exists. The contact of sale fell through and there is no reason to believe that the property will be sold on or before October 7, 2019 when the trial is scheduled to commence. Should circumstances change we will make a re-application to modify the bail conditions.

Thank you.

Respectfully,

JOSEPH W. RYAN, JR.

cc: AUSA Whitman G.S. Knapp