

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:KTF
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 26, 2019

By ECF

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York 11747-3111

   Re: United States v. Michael Watts
     Criminal Docket No. 17-372 (JS)

Dear Mr. Ryan:

  The government committed to provide notice by August 23, 2019 of its intention to offer at trial "crimes, wrongs, or other acts" evidence against Mr. Watts pursuant to Federal Rule of Evidence 404(b). The government provides this letter to notify you that it does not intend to offer such evidence at this time. Pursuant to F.R.E. 404(b)(2)(B), the government reserves its right to supplement this notification.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

     By:    /s/
        Whitman G.S. Knapp
        Kaitlin T. Farrell
        Assistant U.S. Attorneys
        (718) 254-6107/6072

c.c.: Clerk of the Court (JS) (by ECF)