

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:KTF
F. #2016R01805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 6, 2019

By ECF & FedEx

Joseph W. Ryan, Jr., Esq.
Melville Law Center
225 Old Country Road
Melville, New York 11747-3111

        Re:    United States v. Michael Watts
                 Criminal Docket No. 17-372 (S-2) (JS)

Dear Mr. Ryan:

        The government provides herewith: (1) its preliminary witness and exhibit lists, and (2) an electronic copy of the exhibits, in advance of the October 7, 2019 trial of this matter. The government reserves the right to amend or supplement these lists.

                            Very truly yours,

                            RICHARD P. DONOGHUE
                            United States Attorney

                By:          /s/
                         Whitman G.S. Knapp
                         Kaitlin T. Farrell
                         Assistant U.S. Attorneys
                         (718) 254-6107/6072

c.c.:  Clerk of the Court (JS) (by ECF & Hand)