# GX LIST

WK:KTF
F. #2016R01805

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -                                                            17-CR-372 (S-2) (JS)

MICHAEL WATTS,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


## THE GOVERNMENT'S PRELIMINARY EXHIBIT LIST


                                                RICHARD P. DONOGHUE
                                                UNITED STATES ATTORNEY
                                                Eastern District of New York
                                                610 Federal Plaza East
                                                Central Islip, New York 11722-4454


Whitman G. S. Knapp
Kaitlin T. Farrell
Assistant U.S. Attorneys
     (Of Counsel)

## Exhibit List

| GX # | Control Number | Description |
|---|---|---|
| 1 | EDNY-PTP-HC-018099 | Boiler Room Alias List 1 |
| 2 | EDNY-PTP-HC-023154 | Boiler Room Alias List 2 |
| 3 | EDNY-PTP-HC-003414 | Lead Count 2016.06.21 |
| 4 | EDNY-PTP-HC-003416 | 2016.03&04 Stock Totals |
| 5 | EDNY-PTP-HC-003441 | 2016.02 Stock Totals - Final |
| 6 | EDNY-PTP-HC-003444 | 2016.02 Stock Totals |
| 7 | EDNY-PTP-HC-003446 | 2016.01 Stock Totals |
| 8 | EDNY-PTP-HC-003465 | Dennis 2015 HECC List |
| 9 | EDNY-PTP-HC-003466 | Sergio HECC List |
| 10 | EDNY-PTP-HC-003470 | Watts Email with Names & Nos |
| 11 | EDNY-PTP-HC-003471 | HECC Dacona & PTP |
| 12 | EDNY-PTP-HC-003566 | 2016.05 Stock Totals |
| 13 | EDNY-PTP-HC-004036 | 2016 Acct & Trade Totals |
| 14 | EDNY-PTP-HC-004152 | 2016 Acct & Trade Totals Updated 2016.12.30 |
| 15 | EDNY-PTP-HC-022186 | 2015.02.20 Let of Auth HECC Trans to Dacona & Rel. Docs |
| 18 | EDNY-PTP-HC-004051 | Call Scripts |
| 19 | EDNY-PTP-HC-004062 | Call Scripts |
| 20 | EDNY-PTP-HC-004069 | Call Scripts |
| 21 | EDNY-PTP-HC-004245 | Call Scripts |
| 22 | EDNY-PTP-HC-004249 | Call Scripts |
| 23 | EDNY-PTP-HC-004251 | Call Scripts |
| 24 | EDNY-PTP-HC-010250 | Call Scripts |
| 25 | EDNY-PTP-HC-010278 | Call Scripts |
| 26 | EDNY-PTP-HC-010280 | Call Scripts |
| 27 | EDNY-PTP-HC-010284 | Call Scripts |
| 28 | EDNY-PTP-HC-011565 | Call Scripts |
| 29 | EDNY-PTP-HC-011566 | Call Scripts |
| 33 | EDNY-PTP_000508851 | Boiler Room Photos |
| 34 | EDNY-PTP_000508853 | Boiler Room Photos |
| 35 | EDNY-PTP_000508854 | Boiler Room Photos |
| 36 | EDNY-PTP_000508861 | Boiler Room Photos |
| 37 | EDNY-PTP_000508862 | Boiler Room Photos |
| 38 | EDNY-PTP_000508871 | Boiler Room Photos |
| 39 | EDNY-PTP_000508878 | Boiler Room Photos |
| 40 | EDNY-PTP_000508879 | Boiler Room Photos |
| 41 | EDNY-PTP_000508891 | Boiler Room Photos |
| 42 | EDNY-PTP_000508894 | Boiler Room Photos |
| 43 | EDNY-PTP_000509007 | Boiler Room Photos |
| 44 | EDNY-PTP_000509009 | Boiler Room Photos |
| 45 | EDNY-PTP_000509024 | Boiler Room Photos |
| 46 | EDNY-PTP_000509025 | Boiler Room Photos |
| 47 | EDNY-PTP_000509026 | Boiler Room Photos |
| 48 | EDNY-PTP_000509029 | Boiler Room Photos |
| 49 | EDNY-PTP_000509059 | Boiler Room Photos |
| 50 | EDNY-PTP_000509078 | Boiler Room Photos |
| 51 | EDNY-PTP_000509079 | Boiler Room Photos |
| 52 | EDNY-PTP_000509088 | Boiler Room Photos |
| 53 | EDNY-PTP_000509100 | Boiler Room Photos |
| 54 | EDNY-PTP_000509107 | Boiler Room Photos |
| 55 | EDNY-PTP_000509108 | Boiler Room Photos |
| 56 | EDNY-PTP_000509112 | Boiler Room Photos |
| 57 | EDNY-PTP_000509120 | Boiler Room Photos |
| 58 | EDNY-PTP_000509152 | Boiler Room Photos |
| 59 | EDNY-PTP_000509157 | Boiler Room Photos |
| 60 | EDNY-PTP_000509180 | Boiler Room Photos |
| 63 | N/A | Boiler Room recording device |
| 64 | EDNY-PTP-SWD-004221 | Victim Recording |
| 65 | EDNY-PTP-SWD-004207 | Victim Recording |
| 68 | EDNY-PTP-SWD-003238 | 2015.07.07 Gleckman Check |
| 69 | EDNY-PTP-SWD-003605 | 2015.08.28 Gleckman Invoice |

| GX # | Control Number | Description |
|---|---|---|
| 70 | EDNY-PTP-SWD-003606 | 2015.10.15 Gleckman Invoice |
| 71 | EDNY-PTP-SWD-003607 | 2015.09.29 Gleckman Invoice |
| 72 | EDNY-PTP-SWD-003608 | 2015.09.09 Gleckman Invoice |
| 73 | EDNY-PTP-SWD-003610 | 2015.08.07 Gleckman Invoice |
| 74 | EDNY-PTP-SWD-003611 | 2015.08.07 Gleckman Invoice |
| 75 | EDNY-ESW-00004059 | 2015.11.04 Geoserve Invoice |
| 78 | EDNY-PTP-ESW-00005143 | 2015.07.14 Austin Legal Opinion |
| 79 | EDNY-PTP_000648557 | 2015.07.19 Revised Austin Legal Opinion |
| 80 | EDNY-PTP-ESW-00001353 | 2014.08.01 Consulting Agreement |
| 81 | EDNY-PTP-ESW-00004544 | 2014.11.01 Consulting Agreement |
| 82 | EDNY-PTP-ESW-00006910 | 2015.02.01 Consulting Agreement |
| 83 | EDNY-PTP-HC-022205 | 2015.07.17 Consulting Agreement |
| 84 | EDNY-PTP-SWD-003119 | 2016.01.04 Consulting Agreement |
| 88 | EDNY-PTP_000648603 | Redeye Grill and Park Central Hotel Area Map |
| 89 | EDNY-PTP_000648604 | 535 Broadhollow Rd (Boiler Room) Map |
| 90 | EDNY-PTP_000648605 | 535 Broadhollow Rd (Boiler Room) Office Photo |
| 91 | EDNY-PTP_000648554 | Redeye Grill Reservation |
| 92 | EDNY-PTP_000648561 | Isen Park Hotel Receipt |
| 93 | EDNY-PTP_000648564 | Watts Park Hotel Receipt |
| 94 | EDNY-PTP_000637197 | 16-31922 HECC Bankruptcy Forms (Doc 1) |
| 95 | EDNY-PTP_000637205 | 16-31922 HECC Bankruptcy Order (Doc 72) |
| 96 | EDNY-PTP_000637213 | Series 7 Study Guide |
| 97 | EDNY-PTP_000637275 | Series 63 Study Guide |
| 98 | EDNY-PTP_000637378 | Watts CRD |
| GX # 101 - 271-A: Emails (pp. 3-6, see below) | | |
| GX # 301-A - 340-I-3: Accounts (pp. 7-12, see below) | | |
| 345 | EDNY-PTP_000648595 | 2014.08.06 Purchase Agreement |
| 346 | EDNY-PTP_000648597 | 2014.08.18 Purchase Agreement |
| 347 | EDNY-PTP_000648599 | 2015.07.30 Purchase Agreement |
| 348 | EDNY-PTP_000648600 | 2015.12.31 Purchase Agreement |
| 349 | EDNY-PTP_000648602 | 2016.01.05 Purchase Agreement |
| 350 | EDNY-PTP_000648606 | Summary for Amegy Geoserve bank account #4325 |
| 351 | EDNY-PTP_000648607 | Summary for Amegy Geoserve bank account #2987 |
| 352 | EDNY-PTP_000648608 | Summary for Amegy Lifestream bank account #4260 |
| 353 | EDNY-PTP_000648609 | Summary for Amegy Watts bank account #5739 |
| 354 | EDNY-PTP_000648610 | Summary for Amegy SMDRE bank account #2847 |
| 355 | EDNY-PTP_000648611 | Summary for JP Morgan Chase SMDRE bank account #7317 |
| 356 | EDNY-PTP_000648612 | Summary for JP Morgan Chase Watts bank account #9769 |
| 357 | EDNY-PTP_000648613 | Summary for JP Morgan Chase Geoserve bank account #8492 |
| 358 | EDNY-PTP_000648614 | Summary for JP Morgan Chase Lifestream bank account #4705 |
| 365 | EDNY-PTP_000648615 | Summary of Power Traders Press phones |

| GX # | Control Number | Original Bookmark Name | Date Sent | SUBJECT | To | From |
|---|---|---|---|---|---|---|
|  | GX # 101 - 271-A: Emails |||||||
| 101 | EDNY-PTP-ESW-00002694 | Isen Watts PTP Dacona Agreement | 7/30/2014 | I believe this will suffice | mike@geoservemarketing.com | Larry Isen <li@mbllc.net> |
| 101-A | EDNY-PTP-ESW-00004480 | Isen Watts PTP Dacona Agreement | 7/30/2014 | | | |
| 102 | EDNY-PTP-ESW-00002697 | Isen Watts PTP wiring instructions | 8/1/2014 | Fwd: WIRING INSTRUCTIONS | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 103 | EDNY-PTP-ESW-00002699 | Isen "E" 95% of HECC volume | 8/5/2014 | RE: FW: Google Alert - hecc | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 104 | EDNY-PTP-ESW-00002707 | Isen Watts DTCC report | 8/11/2014 | FW: --- DTC Stock Report -- week ending Aug. 8, 2014 | management@powertraderspress.com | Larry Isen <li@mbllc.net> |
| 104-A | EDNY-PTP-ESW-00004495 | Isen Watts DTCC report | 8/11/2014 | | | |
| 105 | EDNY-PTP-ESW-00002709 | Isen "E" Watts DTC report | 8/11/2014 | FW: --- DTC Stock Report -- week ending Aug. 8, 2014 | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 106 | EDNY-PTP-ESW-00002717 | Isen Watts Matz Dacona cert | 8/19/2014 | Fwd: decona cert | Matz Eric <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 106-A | EDNY-PTP-ESW-00004481 | Isen Watts Matz Dacona cert | 8/19/2014 | | | |
| 107 | EDNY-PTP-ESW-00002738 | Isen Watts PTP HECC "small cap network" | 9/23/2014 | the boys are at it | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 108 | EDNY-PTP-ESW-00002743 | Watts Gleckman Isen PTP "short interest data"; Watts Isen PTP "trade" "wire" dialogue | 9/25/2014 | Fwd: Short Interest Data | Power T. Press <management@powertraderspress.com> | Michael Watts <mike@geoservemarketing.com> |
| 109 | EDNY-PTP-ESW-00002825 | Isen PTP invoice 12/16/2014 | 12/16/2014 | invoice | management@powertraderspress.com | Larry Isen <li@mbllc.net> |
| 110 | SEC-EDNY-EPROD-000230812 | | 12/23/2014 | page 2 | <bcrockett@wdco.com> | rachel angeline <rachelangeline17@gmail.com> |
| 110-A | SEC-EDNY-EPROD-000230813 | | 12/23/2014 | | | |
| 111 | EDNY-PTP-ESW-00002920 | Isen PTP invoice | 12/26/2014 | Re: invoice | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 111-A | EDNY-PTP-ESW-00003170 | Isen PTP invoice | 12/26/2014 | | | |
| 112 | EDNY-PTP-ESW-00002944 | Isen PTP invoice B | 1/14/2015 | DACONA FINANCIAL/ POWER TRADERS PRESS - INVOICE | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 112-A | EDNY-PTP-ESW-00004575 | Isen PTP invoice B | 1/14/2015 | | | |
| 113 | EDNY-PTP-ESW-00001477 | Geoserve, Kass H | 1/29/2015 | DACONA FINANCIAL - HECC | ikass@wdco.com | Matz Hardy <ptpmisc@gmail.com> |
| 113-A | EDNY-PTP-ESW-00001353 | Geoserve, Kass H | 1/29/2015 | | | |
| 113-B | EDNY-PTP-ESW-00001511 | Geoserve, Kass H | 1/29/2015 | | | |
| 114 | EDNY-PTP-ESW-00002722 | Isen Dacona "Snap or Tap" agreement | 2/25/2015 | contract | management@powertraderspress.com | Larry Isen <li@mbllc.net> |
| 114-A | EDNY-PTP-ESW-00004333 | Isen Dacona "Snap or Tap" agreement | 2/25/2015 | | | |
| 115 | EDNY-PTP-ESW-00006212 | Isen "E" "dads check" "Robs shares" | 6/17/2015 | Fwd: forms | Keith Miller <kmiller@powertraderspress.com> | Power T. Press <management@powertraderspress.com> |
| 115-A | EDNY-PTP-ESW-00007381 | Isen "E" "dads check" "Robs shares" | 6/17/2015 | | | |
| 116 | SEC-EDNY-EPROD-000235517 | | 6/17/2015 | FW: purchase agreement | bonnie crockett <bcrockett@wdco.com> | robert gleckman <rglec@msn.com> |
| 116-A | SEC-EDNY-EPROD-000235518 | | 6/17/2015 | | | |
| 117 | SEC-EDNY-EPROD-000228569 | | 6/17/2015 | FW: receipt of $ 200,000 | bonnie crockett <bcrockett@wdco.com> | robert gleckman <rglec@msn.com> |
| 117-A | SEC-EDNY-EPROD-000228570 | | 6/17/2015 | | | |
| 118 | SEC-EDNY-EPROD-000240218 | | 6/23/2015 | corrected SPA for package | bonnie crockett <bcrockett@wdco.com> | larry isen <li@mbllc.net> |
| 118-A | SEC-EDNY-EPROD-000240219 | | 6/23/2015 | | | |
| 119 | SEC-EDNY-EPROD-000225357 | | 6/25/2015 | New LOA form | "rglec@msn.com" <rglec@msn.com> | bonnie crockett <bcrockett@wdco.com> |
| 119-A | SEC-EDNY-EPROD-000225358 | | 6/25/2015 | | | |
| 120 | EDNY-PTP-ESW-00006215 | Isen Miller Watts HECC presentation | 6/26/2015 | FW: Latest Investor Presentation | Keith Miller <kmiller@powertraderspress.com> | Larry Isen |
| 120-A | EDNY-PTP-ESW-00006956 | | 6/26/2015 | | | |
| 121 | EDNY-PTP-ESW-00004529 | Watts Gilbert consulting agreement | 6/30/2015 | RE: Fwd: Accredited Investor Preview Consulting Agreemen | robgilb@gmail.com | vince@inawa.net |
| 122 | EDNY-PTP-ESW-00002916 | Isen Gleckman $500 check | 7/1/2015 | Rob's check | management@powertraderspress.com | Larry Isen <li@mbllc.net> |
| 123 | SEC-EDNY-EPROD-000228692 | | 7/10/2015 | 144 forms | 'bonnie crockett' <bcrockett@wdco.com>;'craig norton' <cnorton@wdco.com> | larry isen <li@mbllc.net> |
| 123-A | SEC-EDNY-EPROD-000228693 | | 7/10/2015 | | | |
| 123-B | SEC-EDNY-EPROD-000228695 | | 7/10/2015 | | | |
| 123-C | SEC-EDNY-EPROD-000228697 | | 7/10/2015 | | | |
| 124 | SEC-EDNY-EPROD-000228644 | | 7/10/2015 | last doc | 'bonnie crockett' <bcrockett@wdco.com> | larry isen <li@mbllc.net> |
| 124-A | SEC-EDNY-EPROD-000228645 | | 7/10/2015 | | | |
| 125 | SEC-EDNY-EPROD-000225389 | | 7/10/2015 | RE: 144 forms | larry isen <li@mbllc.net> | bonnie crockett <bcrockett@wdco.com> |
| 125-A | SEC-EDNY-EPROD-000225391 | | 7/10/2015 | | | |
| 126 | SEC-EDNY-EPROD-000228650 | | 7/17/2015 | HECC deposit not approved | "rglec@msn.com" <rglec@msn.com> | bonnie crockett <bcrockett@wdco.com> |
| 127 | EDNY-PTP-ESW-00002855 | Watts Isen PTP oil price | 7/21/2015 | FW: Favorable article | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 128 | SEC-EDNY-EPROD-000225397 | | 7/22/2015 | HECC approved | "rglec@msn.com" <rglec@msn.com> | bonnie crockett <bcrockett@wdco.com> |
| 129 | EDNY-PTP-ESW-00002858 | Isen PTP "Gleckman shares to WDCO" | 7/29/2015 | FW: FedEx Shipment Notification | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 130 | EDNY-PTP-ESW-00002860 | PTP spa | 7/31/2015 | RE: 123 | joseph john <joseph@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 130-A | EDNY-PTP-ESW-00005143 | PTP spa | 7/31/2015 | | | |
| 130-B | EDNY-PTP-ESW-00005144 | PTP spa | 7/31/2015 | | | |
| 130-C | EDNY-PTP-ESW-00005146 | PTP spa | 7/31/2015 | | | |
| 130-D | EDNY-PTP-ESW-00005147 | PTP spa | 7/31/2015 | | | |
| 130-E | EDNY-PTP-ESW-00005148 | PTP spa | 7/31/2015 | | | |
| 130-F | EDNY-PTP-ESW-00005149 | PTP spa | 7/31/2015 | | | |

| GX # | Control Number | Original Bookmark Name | Date Sent | SUBJECT | To | From |
|---|---|---|---|---|---|---|
| 131 | SEC-EDNY-EPROD-000225435 | | 8/5/2015 | FW: Powertraders-HECC | joseph john <joseph@powertraderspress.com> | ian kass <ikass@wdco.com> |
| 131-A | SEC-EDNY-EPROD-000225436 | | 8/5/2015 | | | |
| 132 | EDNY-PTP-ESW-00009248 | HECC financing | 8/5/2015 | | | |
| 133 | EDNY-PTP-ESW-00002864 | Isen Joseph Gleckman invoice | 8/7/2015 | Rob | Joseph John <joseph@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 134 | EDNY-PTP-ESW-00002982 | Gleckman Joseph Isen "invoice for services rendered" | 8/7/2015 | Invoice for services rendered. | rglec@msn.com | Joseph John <joseph@powertraderspress.com> |
| 134-A | EDNY-PTP-ESW-00004060 | Gleckman invoices | 8/7/2015 | | | |
| 135 | EDNY-PTP-ESW-00002984 | Gleckman wire confirmation | 8/13/2015 | Re: Invoice for services rendered. | Joseph John <joseph@powertraderspress.com> | Robert Gleckman <rglec@msn.com> |
| 136 | EDNY-PTP-ESW-00002983 | Gleckman invoice 8/13/15 | 8/13/2015 | Re: Invoice for services rendered. | robert gleckman <rglec@msn.com> | Joseph John <joseph@powertraderspress.com> |
| 136-A | EDNY-PTP-ESW-00004666 | Gleckman invoices | 8/13/2015 | | | |
| 137 | EDNY-PTP-ESW-00002948 | Watts Isen PTP HECC short data | 8/14/2015 | Re: FW: HECC Short Data: July 15 - August 13 | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 138 | EDNY-PTP-ESW-00002708 | Gleckman Joseph "wire sent" | 9/10/2015 | Re: POWER TRADERS PRESS - INVOICE | Robert Gleckman <rglec@msn.com> | Joseph John <joseph@powertraderspress.com> |
| 139 | EDNY-PTP-ESW-00002885 | Isen "E" Watts cert info | 9/17/2015 | Re: stock cert | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 140 | EDNY-PTP-ESW-00002893 | Isen Watts PTP NOBO list | 9/25/2015 | FW: Nobo | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 140-A | EDNY-PTP-ESW-00003173 | | 9/25/2015 | | | |
| 141 | EDNY-PTP-ESW-00002897 | Isen Watts PTP HECC volume discussion | 10/5/2015 | FW: ---- DTC Stock Position Report - week ending October 2, 2015 | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 141-A | EDNY-PTP-ESW-00002633 | Isen Watts PTP HECC volume discussion | 10/5/2015 | | | |
| 142 | EDNY-PTP-ESW-00002902 | Isen "E" monthly volume | 10/12/2015 | this month's numbers | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 143 | EDNY-PTP-ESW-00002917 | Isen Matz Watts HECC press release | 10/21/2015 | FW: HECC-Press Release-VariableConversionNotes-FINAL-10221! | Eric Matz <troption3@yahoo.com> | Larry Isen <li@mbllc.net> |
| 143-A | EDNY-PTP-ESW-00003046 | | 10/21/2015 | | | |
| 144 | EDNY-PTP-ESW-00002918 | Isen PTP Geoserve contract | 10/23/2015 | Fwd: 400k contract | Joseph John <joseph@powertraderspress.com> | Power T. Press <management@powertraderspress.com> |
| 144-A | EDNY-PTP-ESW-00003277 | Isen PTP Geoserve contract | 10/23/2015 | | | |
| 145 | EDNY-PTP-ESW-00002921 | Isen Matz Watts HECC volume | 10/26/2015 | spread sheet | Eric Matz <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 145-A | EDNY-PTP-ESW-00003050 | Isen Matz Watts HECC volume | 10/26/2015 | | | |
| 146 | EDNY-PTP-ESW-00002931 | Gleckman invoice | 11/3/2015 | Fwd: POWER TRADERS PRESS - INVOICE | Joseph John <joseph@powertraderspress.com> | Joseph John <joseph@powertraderspress.com> |
| 146-A | EDNY-PTP-ESW-00004665 | Gleckman invoices | 11/3/2015 | | | |
| 147 | EDNY-PTP-ESW-00002933 | Isen Matz Geoserve invoice | 11/4/2015 | invoice | Eric Matz <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 148 | EDNY-PTP-ESW-00002935 | Watts wire instructions | 11/4/2015 | Re: INVOICE | Larry Isen <li@mbllc.net> | Michael Watts <mike@geoservemarketing.com> |
| 149 | EDNY-PTP-ESW-00002934 | Geoserve invoice | 11/4/2015 | INVOICE | erin@geoservemarketing.com | Power T. Press <management@powertraderspress.com> |
| 149-A | EDNY-PTP-ESW-00004059 | | 11/4/2015 | | | |
| 150 | EDNY-PTP-ESW-00002837 | Isen Joseph HECC Invoice | 12/1/2015 | Fwd: INVOICE FOR IR - HECC | Larry Isen <li@mbllc.net> | Joseph John <joseph@powertraderspress.com> |
| 150-A | EDNY-PTP-ESW-00003035 | Isen Joseph HECC Invoice | 12/1/2015 | | | |
| 150-B | EDNY-PTP-ESW-00003036 | Isen Joseph HECC Invoice | 12/1/2015 | | | |
| 151 | EDNY-PTP-ESW-00002971 | Isen Watts HECC | 12/4/2015 | Fwd: FW: Addendum | Joseph John <joseph@powertraderspress.com> | Power T. Press <management@powertraderspress.com> |
| 151-A | EDNY-PTP-ESW-00006746 | | 12/4/2015 | | | |
| 152 | EDNY-PTP-ESW-00002730 | Watts Isen PTP 12/14/16 list of names | 12/14/2015 | Fwd: | Larry Isen <li@mbllc.net> | Power T. Press <management@powertraderspress.com> |
| 153 | EDNY-PTP-ESW-00002981 | Isen PTP Watts NOBO list | 12/17/2015 | FW: Nobo | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 153-A | EDNY-PTP-ESW-00005892 | Isen PTP Watts NOBO list | 12/17/2015 | | | |
| 154 | EDNY-PTP-ESW-00002744 | Watts Isen PTP "trade" "wire" dialogue | 12/17/2015 | Re: ACH | Larry Isen <li@mbllc.net> | Michael Watts <mike@geoservemarketing.com> |
| 155 | EDNY-PTP-ESW-00002975 | Isen Dacona shares | 1/26/2015 | Re: new contract | Power T. Press <management@powertraderspress.com> | Larry Isen <li@mbllc.net> |
| 155-A | EDNY-PTP-ESW-00006910 | Isen Dacona shares | 1/26/2015 | | | |
| 201 | EDNY-PTP_000637431-180.pdf | | 1/24/2014 | FW: Consulting Invoice-Duma Energy | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 201-A | EDNY-PTP_000637431-180-A.pdf | | 1/24/2014 | | | |
| 202 | EDNY-PTP_000637431-191.pdf | | 2/21/2014 | receipt of $ 200,000 | Robert Gleckman | Michael Watts |
| 202-A | EDNY-PTP_000637431-191-A.pdf | | 2/21/2014 | | | |
| 203 | EDNY-PTP_000637431-193.pdf | | 3/18/2014 | hydrocarb receipt | Michael Watts | Michael Watts |
| 203-A | EDNY-PTP_000637431-193-A.pdf | | 3/18/2014 | | | |
| 204 | EDNY-PTP_000637431-195.pdf | | 4/14/2014 | invoice | Robert Gleckman | Michael Watts |
| 204-A | EDNY-PTP_000637431-195-A.pdf | | 4/14/2014 | | | |
| 205 | EDNY-PTP_000637431-200.pdf | | 7/23/2014 | RE: wrapping up | Larry Isen | Robert Gleckman |
| 206 | EDNY-PTP_000637431-66.pdf | | 11/25/2014 | Hereis my letter LOA to transfer 50,000 Hecc to Robert Gleckmar | Bonnie Crockett | Michael Watts |
| 207 | EDNY-PTP_000637431-207.pdf | | 12/22/2014 | wire instructions | Michael Watts | Larry Isen <li@mbllc.net> |
| 208 | EDNY-PTP_000637431-209.pdf | | 12/23/2014 | FW: purchase agreement | Rachel <rachelangeline17@gmail.com> | Robert Gleckman |
| 208-A | EDNY-PTP_000637431-209-A.pdf | | 12/23/2014 | | | |

4

| GX # | Control Number | Original Bookmark Name | Date Sent | SUBJECT | To | From |
|---|---|---|---|---|---|---|
| 209 | EDNY-PTP_000637431-212.pdf | | 1/14/2015 | Invoice 262 from MarketByte, LLC | rglec@msn.com | Larry Isen <li@mbllc.net> |
| 209-A | EDNY-PTP_000637431-212-A.pdf | | 1/14/2015 | | | |
| 210 | EDNY-PTP_000637431-215.pdf | | 1/16/2015 | FW: receipt of $ 200,000 | arden@austinlegalgroup.com | Robert Gleckman |
| 210-A | EDNY-PTP_000637431-215-A.pdf | | 1/16/2015 | | | |
| 211 | EDNY-PTP_000637431-220.pdf | | 2/13/2015 | spa | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 211-A | EDNY-PTP_000637431-220-A.pdf | | 2/13/2015 | | | |
| 212 | EDNY-PTP_000637431-230.pdf | | 2/23/2015 | FW: HECC Opinion | Bonnie Crockett | Robert Gleckman |
| 213 | EDNY-PTP_000637431-232.pdf | | 2/24/2015 | contract | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 213-A | EDNY-PTP_000637431-232-A.pdf | | 2/24/2015 | | | |
| 214 | EDNY-PTP_000637431-253.pdf | | 3/13/2015 | Fwd: Hydrocarb- The next 60 days | Alberto Crane <albertocrane@gmail.com> | Robert Gleckman |
| 215 | EDNY-PTP_000637431-72.pdf | | 3/16/2015 | snap or tap | Michael Watts | Erin Hill |
| 216 | EDNY-PTP_000637431-254.pdf | | 3/17/2015 | FW: spa | Bonnie Crockett | Robert Gleckman |
| 216-A | EDNY-PTP_000637431-254-A.pdf | | 3/17/2015 | | | |
| 217 | EDNY-PTP_000637431-268.pdf | | 4/15/2015 | FW: Hydrocarb Update | alex@cohenbender.com; iamzuck@gmail.com; Barry Harlan <bharlan@lewitthackman.com> | Robert Gleckman |
| 218 | EDNY-PTP_000637431-270.pdf | | 5/20/2015 | Fwd: Hydrocarb News | Alberto Crane <albertocrane@gmail.com> | Robert Gleckman |
| 219 | EDNY-PTP_000637431-272.pdf | | 5/23/2015 | Re: Hyperdynamics Announces Close of FCPA Inquiry by Department of Justice | Michael Watts | Robert Gleckman |
| 220 | EDNY-PTP_000637431-278.pdf | | 6/3/2015 | FW: copy of check | Bonnie Crockett | Robert Gleckman |
| 220-A | EDNY-PTP_000637431-278-A.pdf | | 6/3/2015 | | | |
| 221 | EDNY-PTP_000637431-280.pdf | | 6/11/2015 | sign and send to craig | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 221-A | EDNY-PTP_000637431-280-A.pdf | | 6/11/2015 | | | |
| 222 | EDNY-PTP_000637431-284.pdf | | 6/16/2015 | sign and fax | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 222-A | EDNY-PTP_000637431-284-A.pdf | | 6/16/2015 | | | |
| 223 | EDNY-PTP_000637431-288.pdf | | 6/17/2015 | FW: purchase agreement | Bonnie Crockett | Robert Gleckman |
| 223-A | EDNY-PTP_000637431-288-A.pdf | | 6/17/2015 | | | |
| 224 | EDNY-PTP_000637431-290.pdf | | 6/17/2015 | FW: receipt of $ 200,000 | Bonnie Crockett | Robert Gleckman |
| 224-A | EDNY-PTP_000637431-290-A.pdf | | 6/17/2015 | | | |
| 225 | EDNY-PTP_000637431-292.pdf | | 6/18/2015 | resign and fax to 631 824 6167 | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 225-A | EDNY-PTP_000637431-292-A.pdf | | 6/18/2015 | | | |
| 226 | EDNY-PTP_000637431-298.pdf | | 6/24/2015 | FW: Invest. Cert. Form | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 227 | EDNY-PTP_000637431-300.pdf | | 6/30/2015 | new agreement | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 227-A | EDNY-PTP_000637431-300-A.pdf | | 6/30/2015 | | | |
| 228 | EDNY-PTP_000637431-306.pdf | | 7/9/2015 | Wilson Davis forms | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 228-A | EDNY-PTP_000637431-306-A1.pdf | | 7/9/2015 | | | |
| 228-B | EDNY-PTP_000637431-306-A2.pdf | | 7/9/2015 | | | |
| 228-C | EDNY-PTP_000637431-306-A3.pdf | | 7/9/2015 | | | |
| 228-D | EDNY-PTP_000637431-306-A4.pdf | | 7/9/2015 | | | |
| 229 | EDNY-PTP_000637431-316.pdf | | 7/9/2015 | Austin Legal | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 229-A | EDNY-PTP_000637431-316-A1.pdf | | 7/9/2015 | | | |
| 337-A-1 | EDNY-PTP_000637431-316-A2.pdf | | 7/9/2015 | | | |
| 229-C | EDNY-PTP_000637431-316-A3.pdf | | 7/9/2015 | | | |
| 230 | EDNY-PTP_000637431-338.pdf | | 7/10/2015 | last doc | Bonnie Crockett | Larry Isen <li@mbllc.net> |
| 230-A | EDNY-PTP_000637431-338-A.pdf | | 7/10/2015 | | | |
| 231 | EDNY-PTP_000637431-346.pdf | | 7/20/2015 | Fwd: Hydrocarb Update | Craig Zucker <iamzuck@gmail.com>; Alberto Crane <albertocrane@gmail.com> | Robert Gleckman |
| 231-A | EDNY-PTP_000637431-346-A.pdf | | 7/20/2015 | | | |
| 232 | EDNY-PTP_000637431-350.pdf | | 8/7/2015 | Invoice for services rendered. | rglec@msn.com | Joseph John <joseph@powertraderspress.com> |
| 232-A | EDNY-PTP_000637431-350-A.pdf | | 8/7/2015 | | | |
| 233 | EDNY-PTP_000637431-352.pdf | | 8/7/2015 | WIRE INSTRUCTIONS | rglec@msn.com | Joseph John <joseph@powertraderspress.com> |
| 234 | EDNY-PTP_000637431-353.pdf | | 8/13/2015 | Re: Invoice for services rendered. | Robert Gleckman | Joseph John <joseph@powertraderspress.com> |
| 234-A | EDNY-PTP_000637431-353-A.pdf | | 8/13/2015 | | | |
| 338-B | EDNY-PTP_000637431-355.pdf | | 8/14/2015 | FW: Rob deal | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 236 | EDNY-PTP_000637431-71.pdf | | 8/19/2015 | subscription docs | Robert Gleckman | Michael Watts |
| 237 | EDNY-PTP_000637431-358.pdf | | 8/20/2015 | Fwd: subscription docs | Robert Gleckman | Michael Watts |
| 238 | EDNY-PTP_000637431-366.pdf | | 8/31/2015 | RE: You sold 3,000 of HECC at $1.80 today 08/31 | Financial Advisor Shawn Shafer <shawn.shafer@ubs.com> | Robert Gleckman |
| 239 | EDNY-PTP_000637431-368.pdf | | 9/9/2015 | proceeds | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 240 | EDNY-PTP_000637431-370.pdf | | 9/9/2015 | Re: proceeds | Larry Isen | Robert Gleckman |
| 241 | EDNY-PTP_000637431-371.pdf | | 9/9/2015 | FW: POWER TRADERS PRESS - INVOICE | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 339-E | EDNY-PTP_000637431-371-A.pdf | | 9/9/2015 | | | |
| 242 | EDNY-PTP_000637431-373.pdf | | 9/10/2015 | RE: POWER TRADERS PRESS - INVOICE | Joseph John <joseph@powertraderspress.com> | Robert Gleckman |
| 243 | EDNY-PTP_000637431-376.pdf | | 9/11/2015 | Re: Snap or tap | Michael Watts | Robert Gleckman |
| 244 | EDNY-PTP_000637431-70.pdf | | 9/25/2015 | Fwd: | Robert Gleckman | Michael Watts |
| 245 | EDNY-PTP_000637431-377.pdf | | 9/29/2015 | RE: OPEN Orders for HECC | Financial Advisor Shawn Shafer <shawn.shafer@ubs.com> | Robert Gleckman |
| 246 | EDNY-PTP_000637431-378.pdf | | 9/29/2015 | POWER TRADERS PRESS - INVOICE | Robert Gleckman | Joseph John <joseph@powertraderspress.com> |
| 246-A | EDNY-PTP_000637431-378-A.pdf | | 9/29/2015 | | | |
| 247 | EDNY-PTP_000637431-380.pdf | | 9/30/2015 | Fwd: | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 247-A | EDNY-PTP_000637431-380-A.pdf | | 9/30/2015 | | | |
| 248 | EDNY-PTP_000637431-393.pdf | | 10/13/2015 | Fwd: | li@mbllc.net; ROBERT GLECKMAN <rglec@msn.com> | Michael Watts |
| 249 | EDNY-PTP_000637431-400.pdf | | 10/15/2015 | INVOICE | Robert Gleckman | Joseph John <joseph@powertraderspress.com> |
| 249-A | EDNY-PTP_000637431-400-A.pdf | | 10/15/2015 | | | |
| 250 | EDNY-PTP_000637431-408.pdf | | 10/18/2015 | Fwd: Update | alex@cohenbender.com; Frank Baby <Faridgq75@aol.com>; Craig Zucker <iamzuck@gmail.com>; Barry Harlan <bharlan@lewitthackman.com> | |
| 251 | EDNY-PTP_000637431-402.pdf | | 10/21/2015 | agreement | Robert Gleckman | Larry Isen <li@mbllc.net> |

5

| GX # | Control Number | Original Bookmark Name | Date Sent | SUBJECT | To | From |
|---|---|---|---|---|---|---|
| 251-A | EDNY-PTP_000637431-402-A.pdf | | 10/21/2015 | | | |
| 252 | EDNY-PTP_000637431-413.pdf | | 10/23/2015 | FW: Convertible Notes Almost Gone | iamzuck@gmail.com | Robert Gleckman |
| 253 | EDNY-PTP_000637431-406.pdf | | 10/26/2015 | HW: --- Snap or Tap HECC stock | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 253-A | EDNY-PTP_000637431-406-A.pdf | | 10/26/2015 | | | |
| 254 | EDNY-PTP_000637431-417.pdf | | 10/30/2015 | FW: Today's News | Barry Harlan <bharlan@lewitthackman.com> | Robert Gleckman |
| 255 | EDNY-PTP_000637431-418.pdf | | 11/3/2015 | FW: -- HECC issuance request Snap or Tap 1M shrs | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 255-A | EDNY-PTP_000637431-418-A.pdf | | 11/3/2015 | | | |
| 255-B | EDNY-PTP_000637431-418-A2.pdf | | 11/3/2015 | | | |
| 256 | EDNY-PTP_000637431-424.pdf | | 11/12/2015 | transfer docs | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 256-A | EDNY-PTP_000637431-424-A.pdf | | 11/12/2015 | | | |
| 257 | EDNY-PTP_000637431-428.pdf | | 11/16/2015 | Update | li@mbllc.net | Larry Isen <li@mbllc.net> |
| 258 | EDNY-PTP_000637431-431.pdf | | 11/30/2015 | Fwd: A Wild Week For Hydrocarb | alex@cohenbender.com | Robert Gleckman |
| 259 | EDNY-PTP_000637431-439.pdf | | 12/23/2015 | FW: addendum to Snap | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 259-A | EDNY-PTP_000637431-439-A.pdf | | 12/23/2015 | | | |
| 260 | EDNY-PTP_000637431-452.pdf | | 1/11/2016 | FW: book shares | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 260-A | EDNY-PTP_000637431-452-A.pdf | | 1/11/2016 | | | |
| 261 | EDNY-PTP_000637431-454.pdf | | 1/21/2016 | Good news in a sea of insantiy on Hydrocarb | Barry Harlan <bharlan@lewitthackm | Robert Gleckman |
| 262 | EDNY-PTP_000637431-457.pdf | | 1/26/2016 | sorry I forgot to send this over | Kathi Brogdon <kbrogdon@duma.co | Larry Isen <li@mbllc.net> |
| 263 | EDNY-PTP_000637431-458.pdf | | 2/23/2016 | FW: ? | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 264 | EDNY-PTP_000637431-460.pdf | | 3/19/2016 | Hydrocarb-Elation to Furstration | li@mbllc.net | Larry Isen <li@mbllc.net> |
| 265 | EDNY-PTP_000637431-42.pdf | | 3/22/2016 | Fwd: HECC Deposit DOC for Joseph Matz | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 266 | EDNY-PTP_000637431-462.pdf | | 3/22/2016 | Fwd: HECC DEPOSIT DOC FOR JOSEPH MATZ | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 267 | EDNY-PTP_000637431-468.pdf | | 3/23/2016 | Latest Update | li@mbllc.net | Larry Isen <li@mbllc.net> |
| 268 | EDNY-PTP_000637431-469.pdf | | 7/22/2016 | RE: fyi | Tom Candelaria <candelariatom@gm | Larry Isen <li@mbllc.net> |
| 269 | EDNY-PTP_000637431-131.pdf | | 6/13/2017 | FW: FW: Engagement letter | Robert Gleckman | Larry Isen <li@mbllc.net> |
| 269-A | EDNY-PTP_000637431-131-A.pdf | | 6/13/2017 | | | |
| 270 | EDNY-PTP_000637431-356.pdf | | | | | |
| 271 | EDNY-PTP_000637431-390.pdf | | | | | |
| 271-A | EDNY-PTP_000637431-390-A.pdf | | | | | |

## GX # 301-A - 340-I-3: Accounts

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 301-A | EDNY-EPROD01_000001021 | Amegy Bank | 5790552987 | Geoserve | Bank | Signature Card |
| 301-B | EDNY-EPROD01_000000289<br>EDNY-EPROD01_000000998<br>EDNY-EPROD01_000001002<br>EDNY-EPROD01_000001006<br>EDNY-EPROD01_000001009<br>EDNY-EPROD01_000001010<br>EDNY-EPROD01_000001012<br>EDNY-EPROD01_000001020 | | | | | Account Records |
| 301-C | EDNY-EPROD01_000000001 | | | | | Affidavit |
| 302-A | EDNY-EPROD01_000000563 | Amegy Bank | 30354325 | Geoserve | Bank | Signature Card |
| 302-B | EDNY-EPROD01_000000352<br>EDNY-EPROD01_000000481<br>EDNY-EPROD01_000000485<br>EDNY-EPROD01_000000487<br>EDNY-EPROD01_000000489<br>EDNY-EPROD01_000000493<br>EDNY-EPROD01_000000495<br>EDNY-EPROD01_000000497<br>EDNY-EPROD01_000000499<br>EDNY-EPROD01_000000501<br>EDNY-EPROD01_000000503<br>EDNY-EPROD01_000000505<br>EDNY-EPROD01_000000507<br>EDNY-EPROD01_000000509<br>EDNY-EPROD01_000000511<br>EDNY-EPROD01_000000513<br>EDNY-EPROD01_000000515<br>EDNY-EPROD01_000000519<br>EDNY-EPROD01_000000522<br>EDNY-EPROD01_000000523 | | | | | Account Records |
| 302-C | EDNY-EPROD01_000000001 | | | | | Affidavit |
| 303-A | EDNY-EPROD01_000028985-1 | JP Morgan Chase | 2976830469 | Geoserve | Bank | Signature Card |
| 303-B | EDNY-EPROD01_000028985-4 | | | | | Account Records |
| 303-C | EDNY-EPROD01_000027365 | | | | | Affidavit |
| 304-A | EDNY-EPROD01_000028039-1 | JP Morgan Chase | 826838492 | Geoserve | Bank | Signature Card |
| 304-B | EDNY-EPROD01_000028039-4<br>EDNY-EPROD01_000028170<br>EDNY-EPROD01_000028376<br>EDNY-EPROD01_000028423<br>EDNY-EPROD01_000031036 | | | | | Account Records |
| 304-C-1 | EDNY-EPROD01_000027365 | | | | | Affidavit 1 |
| 304-C-2 | EDNY-EPROD01_000029247 | | | | | Affidavit 2 |
| 305-A | EDNY-EPROD01_000019634-1 | First Bank | 2442103482 | Gleckman | Bank | Signature Card |
| 305-B | EDNY-EPROD01_000019634-11 | | | | | Account Records |
| 305-C | EDNY-EPROD01_000019633 | | | | | Affidavit |
| 306-A | EDNY-EPROD01_000042340<br>EDNY-EPROD01_000046725<br>EDNY-EPROD01_000050574 | Wells Fargo | 5474648804050658 | Isen | Bank | Account Records |
| 306-B | EDNY-EPROD01_000046573 | | | | | Affidavit |
| 307-A | EDNY-EPROD01_000000479 | Amegy Bank | 30354260 | Lifestream | Bank | Signature Card |
| 307-B | EDNY-EPROD01_000000004<br>EDNY-EPROD01_000000397<br>EDNY-EPROD01_000000401<br>EDNY-EPROD01_000000403<br>EDNY-EPROD01_000000405<br>EDNY-EPROD01_000000409<br>EDNY-EPROD01_000000411<br>EDNY-EPROD01_000000413<br>EDNY-EPROD01_000000415<br>EDNY-EPROD01_000000417<br>EDNY-EPROD01_000000419<br>EDNY-EPROD01_000000421<br>EDNY-EPROD01_000000423<br>EDNY-EPROD01_000000425<br>EDNY-EPROD01_000000427<br>EDNY-EPROD01_000000429<br>EDNY-EPROD01_000000431<br>EDNY-EPROD01_000000435<br>EDNY-EPROD01_000000438<br>EDNY-EPROD01_000000439 | | | | | Account Records |
| 307-C | EDNY-EPROD01_000000001 | | | | | Affidavit |
| 308-A | EDNY-EPROD01_000028629-1 | JP Morgan Chase | 853574705 | Lifestream | Bank | Signature Card |
| 308-B | EDNY-EPROD01_000028629-4 | | | | | Account Records |
| 308-C | EDNY-EPROD01_000027365 | | | | | Affidavit |
| 309-A | EDNY-EPROD01_000046596 | Wells Fargo | 1965330598 | Marketbyte | Bank | Signature Card |
| 309-B | EDNY-EPROD01_000046573 | | | | | Affidavit |
| 310-A | EDNY-EPROD01_000046605 | Wells Fargo | 7114277317 | Marketbyte | Bank | Signature Card |
| 310-B | EDNY-EPROD01_000046573 | | | | | Affidavit |
| 311-A | EDNY-EPROD01_000009356-1 | Citibank | 4991684551 | Power Traders | Bank | Signature Card |
| 311-B | EDNY-EPROD01_000009356-8<br>EDNY-EPROD01_000010059<br>EDNY-EPROD01_000010217<br>EDNY-EPROD01_000010352<br>EDNY-EPROD01_000010503 | | | | | Account Records |
| 311-C | EDNY-EPROD01_000009355 | | | | | Affidavit |

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 312-A | EDNY-EPROD01_000000996 | Amegy Bank | 5790552847 | SMDRE | Bank | Signature Card |
| 312-B | EDNY-EPROD01_000000200<br>EDNY-EPROD01_000000879<br>EDNY-EPROD01_000000883<br>EDNY-EPROD01_000000889<br>EDNY-EPROD01_000000893<br>EDNY-EPROD01_000000897<br>EDNY-EPROD01_000000901<br>EDNY-EPROD01_000000907<br>EDNY-EPROD01_000000909<br>EDNY-EPROD01_000000911<br>EDNY-EPROD01_000000913<br>EDNY-EPROD01_000000917<br>EDNY-EPROD01_000000928<br>EDNY-EPROD01_000000933<br>EDNY-EPROD01_000000945<br>EDNY-EPROD01_000000983 | | | | | Account Records |
| 312-C | EDNY-EPROD01_000000001 | | | | | Affidavit |
| 313-A | EDNY-PTP_000508805-1 | JP Morgan Chase | 786657317 | SMDRE | Bank | Signature Card |
| 313-B | EDNY-PTP_000508805-4<br>EDNY-PTP_000637421 | | | | | Account Records |
| 313-C-1 | EDNY-PTP_000508804 | | | | | Affidavit 1 |
| 313-C-2 | EDNY-PTP_000637430 | | | | | Affidavit 2 |
| 314-A | EDNY-EPROD01_000000647 | Amegy Bank | 53885739 | Watts | Bank | Signature Card |
| 314-B | EDNY-EPROD01_000000307<br>EDNY-EPROD01_000000565<br>EDNY-EPROD01_000000569<br>EDNY-EPROD01_000000571<br>EDNY-EPROD01_000000573<br>EDNY-EPROD01_000000575<br>EDNY-EPROD01_000000577<br>EDNY-EPROD01_000000579<br>EDNY-EPROD01_000000581<br>EDNY-EPROD01_000000585<br>EDNY-EPROD01_000000587<br>EDNY-EPROD01_000000589<br>EDNY-EPROD01_000000591<br>EDNY-EPROD01_000000593<br>EDNY-EPROD01_000000595<br>EDNY-EPROD01_000000597<br>EDNY-EPROD01_000000599<br>EDNY-EPROD01_000000603<br>EDNY-EPROD01_000000606<br>EDNY-EPROD01_000000607 | | | | | Account Records |
| 314-C | EDNY-EPROD01_000000001 | | | | | Affidavit |
| 315-A | EDNY-EPROD01_000027405-1 | JP Morgan Chase | 9311849769 | Watts | Bank | Signature Card |
| 315-B | EDNY-EPROD01_000027405<br>EDNY-EPROD01_000027405-3<br>EDNY-EPROD01_000027609<br>EDNY-EPROD01_000027796<br>EDNY-EPROD01_000027799 | | | | | Account Records |
| 315-C | EDNY-EPROD01_000027365 | | | | | Affidavit |
| 320-A | EDNY-PTP_000637938<br>EDNY-PTP_000637942<br>EDNY-PTP_000637943<br>EDNY-PTP_000637945<br>EDNY-PTP_000637999<br>EDNY-PTP_000638001<br>EDNY-PTP_000638003<br>EDNY-PTP_000638006<br>EDNY-PTP_000639013<br>EDNY-PTP_000639024<br>EDNY-PTP_000639092<br>EDNY-PTP_000639160<br>EDNY-PTP_000639228<br>EDNY-PTP_000639296<br>EDNY-PTP_000639302<br>EDNY-PTP_000639312<br>EDNY-PTP_000639318<br>EDNY-PTP_000639324<br>EDNY-PTP_000639330 | Hilltop Securities | 307974757 | Geoserve | Brokerage | Account records |
| 320-B | EDNY-PTP_000637996 | | | | | Account records (Excel) |
| 320-C | EDNY-PTP_000648552 | | | | | Affidavit |

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 321-A | EDNY-PTP_000639565 (partial)<br>EDNY-PTP_000639569<br>EDNY-PTP_000639575<br>EDNY-PTP_000639581<br>EDNY-PTP_000639587<br>EDNY-PTP_000639597<br>EDNY-PTP_000637973<br>EDNY-PTP_000637976<br>EDNY-PTP_000637978<br>EDNY-PTP_000637980<br>EDNY-PTP_000637981<br>EDNY-PTP_000637982<br>EDNY-PTP_000638016<br>EDNY-PTP_000638018<br>EDNY-PTP_000638021<br>EDNY-PTP_000638024<br>EDNY-PTP_000638441<br>EDNY-PTP_000638921<br>EDNY-PTP_000639466<br>EDNY-PTP_000639471<br>EDNY-PTP_000639477<br>EDNY-PTP_000639485<br>EDNY-PTP_000639495<br>EDNY-PTP_000639501<br>EDNY-PTP_000639507<br>EDNY-PTP_000639513<br>EDNY-PTP_000639519<br>EDNY-PTP_000639527<br>EDNY-PTP_000639537<br>EDNY-PTP_000639543<br>EDNY-PTP_000639551 (partial) | Hilltop Securities | 676357246 | SMDRE | Brokerage | Account records |
| 321-B | EDNY-PTP_000637998 | | | | | Account records (Excel) |
| 321-C | EDNY-PTP_000639603 | | | | | Account records (Excel) |
| 321-D-1 | EDNY-PTP_000648552 | | | | | Affidavit 1 |
| 321-D-2 | EDNY-PTP_000648553 | | | | | Affidavit 2 |
| 322-A | EDNY-EPROD01_000007342-8216 | Charles Schwab & Co | 62908216 | Watts | Brokerage | Account records |
| 322-B | EDNY-PTP_000635925 | | | | | Affidavit |
| 323-A | EDNY-PTP_000637953<br>EDNY-PTP_000637963<br>EDNY-PTP_000637964<br>EDNY-PTP_000637965<br>EDNY-PTP_000638008<br>EDNY-PTP_000638009<br>EDNY-PTP_000638011<br>EDNY-PTP_000638014<br>EDNY-PTP_000639342<br>EDNY-PTP_000639350<br>EDNY-PTP_000639354<br>EDNY-PTP_000639362<br>EDNY-PTP_000639368<br>EDNY-PTP_000639374<br>EDNY-PTP_000639380<br>EDNY-PTP_000639386<br>EDNY-PTP_000639394<br>EDNY-PTP_000639404<br>EDNY-PTP_000639410<br>EDNY-PTP_000639418<br>EDNY-PTP_000639424<br>EDNY-PTP_000639430<br>EDNY-PTP_000639436<br>EDNY-PTP_000639442<br>EDNY-PTP_000639448<br>EDNY-PTP_000639454 | Hilltop Securities | 800079040 | Michael/Cynthia Watts | Brokerage | Account records |
| 323-B | EDNY-PTP_000637997 | | | | | Account records (Excel) |
| 323-C | EDNY-PTP_000639603 | | | | | Account records (Excel) |
| 323-D-1 | EDNY-PTP_000648552 | | | | | Affidavit 1 |
| 323-D-2 | EDNY-PTP_000648553 | | | | | Affidavit 2 |
| 324-A | SEC-EDNY-EPROD- 000169737 | Scottrade | 839-23293 | Watts | Brokerage | Signature Card |

9

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 324-B | SEC-EDNY-EPROD-000169735<br>SEC-EDNY-EPROD-000169736<br>SEC-EDNY-EPROD-000169739<br>SEC-EDNY-EPROD-000169743<br>SEC-EDNY-EPROD-000169747<br>SEC-EDNY-EPROD-000169752<br>SEC-EDNY-EPROD-000169754<br>SEC-EDNY-EPROD-000169760<br>SEC-EDNY-EPROD-000170607<br>SEC-EDNY-EPROD-000170656<br>SEC-EDNY-EPROD-000170658<br>SEC-EDNY-EPROD-000170662<br>SEC-EDNY-EPROD-000170664<br>SEC-EDNY-EPROD-000170670<br>SEC-EDNY-EPROD-000170701<br>SEC-EDNY-EPROD-000170733<br>SEC-EDNY-EPROD-000171627<br>SEC-EDNY-EPROD-000171630<br>SEC-EDNY-EPROD-000171632<br>SEC-EDNY-EPROD-000171657<br>SEC-EDNY-EPROD-000171659<br>SEC-EDNY-EPROD-000172528<br>SEC-EDNY-EPROD-000172533<br>SEC-EDNY-EPROD-000172536<br>SEC-EDNY-EPROD-000172538 | | | | | Account records |
| 324-C | SEC-EDNY-EPROD- 000169759 | | | | | Account records (Excel) |
| 324-D | SEC-EDNY-EPROD- 000171651 | | | | | Account records (Excel) |
| 324-E | SEC-EDNY-EPROD- 000172505 | | | | | Account records (Excel) |
| 324-F | SEC-EDNY-EPROD- 000172584 | | | | | Account records (Excel) |
| 324-G | SEC-EDNY-EPROD-000169491 | | | | | Affidavit |
| 325-A | EDNY-PTP_000635284<br>EDNY-PTP_000635287<br>SEC-EDNY-EPROD-000169757<br>SEC-EDNY-EPROD-000170667<br>SEC-EDNY-EPROD-000171636<br>SEC-EDNY-EPROD-000172543<br>SEC-EDNY-EPROD-000195131<br>SEC-EDNY-EPROD-000195146<br>SEC-EDNY-EPROD-000195154<br>SEC-EDNY-EPROD-000195165<br>SEC-EDNY-EPROD-000195175<br>SEC-EDNY-EPROD-000195184<br>SEC-EDNY-EPROD-000195193<br>SEC-EDNY-EPROD-000195268<br>SEC-EDNY-EPROD-000195366<br>SEC-EDNY-EPROD-000195468<br>SEC-EDNY-EPROD-000195489<br>SEC-EDNY-EPROD-000195507<br>SEC-EDNY-EPROD-000195517<br>SEC-EDNY-EPROD-000195754<br>SEC-EDNY-EPROD-000195786<br>SEC-EDNY-EPROD-000195790<br>SEC-EDNY-EPROD-000195794<br>SEC-EDNY-EPROD-000195798<br>SEC-EDNY-EPROD-000195807<br>SEC-EDNY-EPROD-000195814<br>SEC-EDNY-EPROD-000195971 | TD Ameritrade | 867275049 | Watts | Brokerage | Account records |
| 325-B | SEC-EDNY-EPROD- 000194983 | | | | | Account records (Excel) |
| 325-C | SEC-EDNY-EPROD- 000195058 | | | | | Account records (Excel) |
| 325-D-1 | EDNY-PTP_000634931 | | | | | Affidavit |
| 325-D-2 | EDNY-PTP_000648594 | | | | | Affidavit |
| 330-A | SEC-EDNY-EPROD-000347208 | AT&T | (818) 342-4011 | Gleckman | Phone | Subscriber Information |
| 330-B | SEC-EDNY-EPROD-000347209-2 | | | | | Affidavit |
| 331-A | SEC-EDNY-EPROD- 000470535 | Verizon Wireless | (818) 400-5156 | Gleckman | Phone | Subscriber Information |
| 331-B | SEC-EDNY-EPROD- 000470177 | | | | | Affidavit |
| 332-A | SEC-EDNY-EPROD-000025270-17 | AT&T Wireless | (619) 517-6177 | Isen | Phone | Subscriber Information |
| 332-B | SEC-EDNY-EPROD-000029151 | | | | | Affidavit |
| 333-A | SEC-EDNY-EPROD-000025267 | AT&T Landline | (858) 793-7908 | Isen | Phone | Subscriber Information |
| 333-B | SEC-EDNY-EPROD-000029152 | | | | | Affidavit |
| 334-A | SEC-EDNY-EPROD- 000219900 | Verizon Wireless | (516) 491-3789 | Matz | Phone | Subscriber Information |
| 334-B | SEC-EDNY- EPROD-000219741 | | | | | Affidavit |
| 335-A | EDNY-PTP_000301605<br>EDNY-PTP_000305302<br>SEC-EDNY-EPROD-000220419 | Verizon Wireless | (631) 275-6912 | Matz | Phone | Records |
| 335-B | SEC-EDNY-EPROD- 000220414 | | | | | Records (Excel) |
| 335-C | SEC-EDNY-EPROD- 000220415 | | | | | Records (Excel) |
| 335-D | SEC-EDNY-EPROD- 000222727 | | | | | Records (Excel) |
| 335-E | SEC-EDNY-EPROD- 000222875 | | | | | Records (Excel) |
| 335-F-1 | SEC-EDNY-EPROD-000222877-23 | | | | | Affidavit 1 |
| 335-F-2 | SEC-EDNY-EPROD-000223806 | | | | | Affidavit 2 |

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 336-A-1 | SEC-EDNY-EPROD- 000103298 | Lightpath Cablevision | (631) 465-9644<br>(631) 815-5286<br>(631) 815-5287<br>(631) 815-5288<br>(631) 815-5289<br>(631) 815-5290<br>(631) 815-5291<br>(631) 815-5292<br>(631) 815-5293<br>(631) 815-5294<br>(631) 815-5295<br>(631) 824-6166<br>(631) 824-6167<br>(631) 824-6168<br>(631) 824-6169<br>(631) 824-6170<br>(631) 824-6290<br>(631) 824-6291<br>(631) 824-6292<br>(631) 824-6293 | Power Traders Press | Phone | (631) 465-9644 |
| 336-A-2 | SEC-EDNY-EPROD- 000103382 | | | | | (631) 465-9644 |
| 336-A-3 | SEC-EDNY-EPROD- 000103307 | | | | | (631) 815-5286 |
| 336-A-4 | SEC-EDNY-EPROD- 000103392 | | | | | (631) 815-5286 |
| 336-A-5 | SEC-EDNY-EPROD- 000103300 | | | | | (631) 815-5287 |
| 336-A-6 | SEC-EDNY-EPROD- 000103377 | | | | | (631) 815-5287 |
| 336-A-7 | SEC-EDNY-EPROD- 000103302 | | | | | (631) 815-5288 |
| 336-A-8 | SEC-EDNY-EPROD- 000103396 | | | | | (631) 815-5288 |
| 336-A-9 | SEC-EDNY-EPROD- 000103310 | | | | | (631) 815-5289 |
| 336-A-10 | SEC-EDNY-EPROD- 000103383 | | | | | (631) 815-5289 |
| 336-A-11 | SEC-EDNY-EPROD- 000103263 | | | | | (631) 815-5290 |
| 336-A-12 | SEC-EDNY-EPROD- 000103388 | | | | | (631) 815-5290 |
| 336-A-13 | SEC-EDNY-EPROD- 000103301 | | | | | (631) 815-5291 |
| 336-A-14 | SEC-EDNY-EPROD- 000103380 | | | | | (631) 815-5291 |
| 336-A-15 | SEC-EDNY-EPROD- 000103311 | | | | | (631) 815-5292 |
| 336-A-16 | SEC-EDNY-EPROD- 000103398 | | | | | (631) 815-5292 |
| 336-A-17 | SEC-EDNY-EPROD- 000103317 | | | | | (631) 815-5293 |
| 336-A-18 | SEC-EDNY-EPROD- 000103402 | | | | | (631) 815-5293 |
| 336-A-19 | SEC-EDNY-EPROD- 000103306 | | | | | (631) 815-5294 |
| 336-A-20 | SEC-EDNY-EPROD- 000103397 | | | | | (631) 815-5294 |
| 336-A-21 | SEC-EDNY-EPROD- 000103303 | | | | | (631) 815-5295 |
| 336-A-22 | SEC-EDNY-EPROD- 000103376 | | | | | (631) 815-5295 |
| 336-A-23 | EDNY-PTP_000512106 | | | | | (631) 824-6166 |
| 336-A-24 | EDNY-PTP_000512126 | | | | | (631) 824-6166 |
| 336-A-25 | EDNY-PTP_000512133 | | | | | (631) 824-6166 |
| 336-A-26 | EDNY-PTP_000512139 | | | | | (631) 824-6166 |
| 336-A-27 | EDNY-PTP_000526498 | | | | | (631) 824-6166 |
| 336-A-28 | SEC-EDNY-EPROD- 000103268 | | | | | (631) 824-6166 |
| 336-A-29 | SEC-EDNY-EPROD- 000103389 | | | | | (631) 824-6166 |
| 336-A-30 | SEC-EDNY-EPROD- 000103309 | | | | | (631) 824-6167 |
| 336-A-31 | SEC-EDNY-EPROD- 000103395 | | | | | (631) 824-6167 |
| 336-A-32 | EDNY-PTP_000526518 | | | | | (631) 824-6168 |
| 336-A-33 | SEC-EDNY-EPROD- 000103288 | | | | | (631) 824-6168 |
| 336-A-34 | SEC-EDNY-EPROD- 000103375 | | | | | (631) 824-6168 |
| 336-A-35 | EDNY-PTP_000526517 | | | | | (631) 824-6169 |
| 336-A-36 | SEC-EDNY-EPROD- 000103287 | | | | | (631) 824-6169 |
| 336-A-37 | SEC-EDNY-EPROD- 000103374 | | | | | (631) 824-6169 |
| 336-A-38 | EDNY-PTP_000526516 | | | | | (631) 824-6170 |
| 336-A-39 | SEC-EDNY-EPROD- 000103286 | | | | | (631) 824-6170 |
| 336-A-40 | SEC-EDNY-EPROD- 000103373 | | | | | (631) 824-6170 |
| 336-A-41 | EDNY-PTP_000512107 | | | | | (631) 824-6290 |
| 336-A-42 | EDNY-PTP_000512109 | | | | | (631) 824-6290 |
| 336-A-43 | EDNY-PTP_000526514 | | | | | (631) 824-6290 |
| 336-A-44 | SEC-EDNY-EPROD- 000103284 | | | | | (631) 824-6290 |
| 336-A-45 | EDNY-PTP_000512110 | | | | | (631) 824-6291 |
| 336-A-46 | EDNY-PTP_000512131 | | | | | (631) 824-6291 |
| 336-A-47 | SEC-EDNY-EPROD- 000103291 | | | | | (631) 824-6291 |
| 336-A-48 | EDNY-PTP_000512117 | | | | | (631) 824-6292 |
| 336-A-49 | EDNY-PTP_000512137 | | | | | (631) 824-6292 |
| 336-A-50 | EDNY-PTP_000526508 | | | | | (631) 824-6292 |
| 336-A-51 | SEC-EDNY-EPROD- 000103278 | | | | | (631) 824-6292 |
| 336-A-52 | EDNY-PTP_000512113 | | | | | (631) 824-6293 |
| 336-A-53 | EDNY-PTP_000512132 | | | | | (631) 824-6293 |
| 336-A-54 | SEC-EDNY-EPROD- 000103294 | | | | | (631) 824-6293 |
| 336-A-55 | SEC-EDNY-EPROD- 000103401 | | | | | (866) 478-1470 |
| 336-B | EDNY-PTP_000512138 | | | | | Affidavit |
| 337-A-1 | SEC-EDNY-EPROD- 000103321 | Lightpath Cablevision | (631) 824-6173<br>(631) 824-6174<br>(631) 824-6175<br>(631) 824-6176<br>(631) 824-6177 | Power Traders Press / Dacona Financial | Phone | (631) 824-6173 |
| 337-A-2 | SEC-EDNY-EPROD- 000103326 | | | | | (631) 824-6174 |
| 337-A-3 | SEC-EDNY-EPROD- 000103325 | | | | | (631) 824-6175 |

| GX # | Bates Included | Source | Account/Phone # | Account Holder | Type | Decription |
|---|---|---|---|---|---|---|
| 337-A-4 | EDNY-PTP_000512116 | | | | | (631) 824-6176 |
| 337-A-5 | EDNY-PTP_000512118 | | | | | (631) 824-6176 |
| 337-A-6 | EDNY-PTP_000512124 | | | | | (631) 824-6176 |
| 337-A-7 | SEC-EDNY-EPROD- 000103318 | | | | | (631) 824-6176 |
| 337-A-8 | EDNY-PTP_000512108 | | | | | (631) 824-6177 |
| 337-A-9 | SEC-EDNY-EPROD- 000103324 | | | | | (631) 824-6177 |
| 337-B | EDNY-PTP_000512138 | | | | | Affidavit |
| 338-A | SEC-EDNY-EPROD-000177432<br>SEC-EDNY-EPROD-000177442<br>SEC-EDNY-EPROD-000177456<br>SEC-EDNY-EPROD-000177463<br>SEC-EDNY-EPROD-000177474<br>SEC-EDNY-EPROD-000177483<br>SEC-EDNY-EPROD-000177494<br>SEC-EDNY-EPROD-000177502<br>SEC-EDNY-EPROD-000177508<br>SEC-EDNY-EPROD-000177767<br>SEC-EDNY-EPROD-000177923<br>SEC-EDNY-EPROD-000178056 | Sprint | (631) 236-7669 | Power Traders Press / Ron Hardy | Phone | Records |
| 338-B | SEC-EDNY-EPROD- 000177421 | | | | | Records (Excel) |
| 338-C | SEC-EDNY-EPROD- 000178120 | | | | | Records (Excel) |
| 338-D | SEC-EDNY-EPROD-000177462 | | | | | Affidavit |
| 339-A | EDNY-PTP_000512102 | Lightpath Cablevision | (631) 815-5290 | Power Traders Press / Trade Masters Pro | Phone | Records |
| 339-B | EDNY-PTP_000512123 | | | | | Records |
| 339-C | SEC-EDNY-EPROD- 000103263 | | | | | Records |
| 339-D | SEC-EDNY-EPROD- 000103388 | | | | | Records |
| 339-E | EDNY-PTP_000512138 | | | | | Affidavit |
| 340-A | EDNY-PTP_000325224 | AT&T Wireless | (281) 236-8159 | Watts | Phone | Subscriber Info |
| 340-B | SEC-EDNY-EPROD-000025270 | | | | | Subscriber Info |
| 340-C | SEC-EDNY-EPROD- 000033894-1 | | | | | Subscriber Info |
| 340-D-1 | EDNY-PTP_000321190<br>EDNY-PTP_000325226 | | | | | Records (Part 1) |
| 340-D-2 | EDNY-PTP_000325235<br>SEC-EDNY-EPROD- 000032091 | | | | | Records (Part 2) |
| 340-E | EDNY-PTP_000325223 | | | | | Records (Excel) |
| 340-F | EDNY-PTP_000325234 | | | | | Records (Excel) |
| 340-G | EDNY-PTP_000325756 | | | | | Records (Excel) |
| 340-H | SEC-EDNY-EPROD- 000033954 | | | | | Records (Excel) |
| 340-I-1 | EDNY-PTP_000648556 | | | | | Affidavit |
| 340-I-2 | SEC-EDNY-EPROD-000029151 | | | | | Affidavit |
| 340-I-3 | SEC-EDNY-EPROD-000033929-25 | | | | | Affidavit |