# CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: SEYBERT,J.   DATE: 10/10/2019   TIME: 9:30

DOCKET NUMBER: CR 17-372   TITLE: USA-V-CHARTIER

DEFT NAME: MICHAEL WATTS                              DEFT: #4
  X PRESENT    NOT PRESENT    IN CUSTODY   X ON BAIL

                  CHRISTOPHER WRIGHT;
ATTY. FOR DEFT.: JOSEPH RYAN              X C.J.A.
        X PRESENT       NOT PRESENT     RET

         KAITLIN FARRELL;
A.U.S.A. WHITMAN KNAPP         DEPUTY CLERK: C. BARAN

COURT REPORTER:   X M. FOLEY      F. GUERINO
   P. LOMBARDI   X M. STEIGER    D. TURSI   X O. WICKER


 X  CASE CALLED. ALL COUNSEL PRESENT.

 X  JURY SWORN.

 X  OPENING STATEMENTS.

 X  WITNESS(ES) CALLED.

 X  DEFT. CONTINUED ON BAIL.

 X  OTHER: TRIAL TO RESUME 10/16/2019 AT 9:30AM