# CRIMINAL CAUSE ON TRIAL

BEFORE: SEYBERT,J.   DATE: 10/21/2019      TIME: 9:30

DOCKET NUMBER: CR 17-372      TITLE: USA-V-CHARTIER

DEFT NAME: MICHAEL WATTS                    DEFT: #4
  __X__ PRESENT   ____ NOT PRESENT   ____ IN CUSTODY   __X__ ON BAIL

                    CHRISTOPHER WRIGHT;
ATTY. FOR DEFT.: JOSEPH RYAN              __X__ C.J.A.
         __X__ PRESENT      ____ NOT PRESENT      ____ RET

        KAITLIN FARRELL;
A.U.S.A. WHITMAN KNAPP              DEPUTY CLERK: C. BARAN

COURT REPORTER:  __X__ M. FOLEY    __X__ F. GUERINO
 __X__ P. LOMBARDI   ____ M. STEIGER   ____ D. TURSI   ____ O. WICKER


 __X__ CASE CALLED.  ALL COUNSEL PRESENT.

 __X__ WITNESS(ES) CALLED.

 __X__ CHARGE CONFERENCE HELD.

 __X__ DEFT. CONTINUED ON BAIL.

 __X__ OTHER: MOTION [569] TERMINATED AS MOOT.  MOTION [574] DENIED.