UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA

- against -

MICHAEL WATTS,

          Defendant.

------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 23 2019 ★
LONG ISLAND OFFICE

VERDICT SHEET

Docket No. 17cr372(S-2)(JS)

JOANNA SEYBERT, U.S. DISTRICT JUDGE,

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

1. **COUNT ONE: CONSPIRACY TO COMMIT SECURITIES FRAUD**

As to Count One of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ✓      Not Guilty _____

2. **COUNT TWO: CONSPIRACY TO COMMIT WIRE FRAUD**

As to Count Two of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ✓      Not Guilty _____

3. **COUNT THREE: SECURITIES FRAUD**

As to Count Three of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ____✓____        Not Guilty _____

4. **COUNT FOUR: CONSPIRACY TO COMMIT MONEY LAUNDERING**

As to Count Four of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ____✓____        Not Guilty _____

5. **COUNT FIVE: MONEY LAUNDERING ON OR ABOUT NOVEMBER 6, 2015**

As to Count Five of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ____✓____        Not Guilty _____

6. **COUNT SIX: MONEY LAUNDERING ON OR ABOUT DECEMBER 17, 2015**

As to Count ~~Five~~ Six of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ____✓____        Not Guilty _____

7. **COUNT SEVEN: MONEY LAUNDERING ON OR ABOUT JANUARY 14, 2016**

As to Count Seven of the Indictment, how do you find the defendant, guilty or not guilty?

Guilty ____✓____   Not Guilty _____

Dated: Central Islip, New York
       October 23, 2019

_____
Signature of Foreperson

COURT EXHIBIT
10/23
6  3:25

WE HAVE REACHED A VERDICT

Daniel Ross
Foreman Jury # 11

COURT EXHIBIT
5    10/23
     3:00

The Court's response to your questions:

Conspiracy is defined in the charge at pages 58 through 75.

If you have any questions about what a conspiracy is, please ask those questions.

COURT EXHIBIT
4   10/23
    2:35

We would like clarification on count 1. Specifically what the charge states and what we need to determine.

Are we allowed to ask specifically about conspiracy? Please define further

[signature]
Foreman Jury #11

3  10/23
   12:15

Jury Requests Exhibits:
229c, 71, 72, 247, 247A
361A - 382 (All summary charts)

*[signature]*
Foreman Jury # 11

Would like to see exhibits
113, 113A, 114, 114A and 235


*[signature]* Ross
Foreman Jury #11

We would like to hear ~~All~~ testimony
from: Robert Gleckman
Josh Postman

*[signature]* Ross
Foreman Jury #11

COURT EXHIBIT
1    10/23
     10:10